TFS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR CABRERA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Magistrate Case No. **'06 MJ 2152**

06 NOV 27 PM 1: 27

Title 8 U.S.C., Sec. 1324 (a)(2)(B)(ii)
Bringing in Illegal Aliens For Financial Gain;
Title 18 U.S.C., Sec. 2 -- Aiding and Abetting

The undersigned complainant, being duly sworn, states:

On or about October 30, 2005, within the Southern District of California, defendant HECTOR CABRERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Andreia Vaz-DeAlmeida, Juliana Teles-Teofilo, and Floraci De Silva-Candido had not received prior official authorization to come to, enter and reside in the United States did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Special Agent
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF NOVEMBER 2006.

HONORABLE JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On or about November 6, 2005, agents at the United States Border Patrol Checkpoint in Sierra Blanca, Texas detained a 2005 Chevrolet Trailblazer that contained several passengers including Andreia Vaz deAlmeida, Juliana Teles-Teofilo, and Floraci Candida de Silva.

During their interviews, Andreia Vaz deAlmeida, Juliana Teles-Teofilo, and Floraci Candida de Silva each admitted that they were Brazilian citizens who had no legal right to enter the United States and that they each paid a fee of $12,000 to be smuggled into the United States. They further admitted that they were among a group of 10 Brazilian aliens who were smuggled into the United States from Mexico on or about October 30, 2005.

Andreia Vaz deAlmeida, Juliana Teles-Teofilo, and Floraci Candida de Silva positively identified defendant HECTOR CABRERA from a photospread as an individual who was involved in bringing them into the United States for a fee on or about October 30, 2005. They each identified defendant HECTOR CABRERA as the man who was in charge of a house in San Diego where they were stayed for a period of time before they were transported to the Huntington Beach area.

Andreia Vaz deAlmeida, Juliana Teles-Teofilo, and Floraci Candida de Silva were each issued a notice to appear and an order for release on their own recognizance. They are currently residing in the United States.

Multiple sources of information have independently told agents that defendant HECTOR CABRERA has aided and abetted the bringing in of multiple illegal aliens to the United States for commercial advantage and private financial gain. Specifically, the sources of information have stated that defendant HECTOR CABRERA has harbored aliens at a home in Chula Vista, California and recruited load drivers to pick up aliens who were illegally led into the United States at a place other than a designated port of entry.

Based on these facts, there is probable cause to believe that defendant HECTOR CABRERA aided and abetted the bringing in of illegal aliens for the purpose of commercial advantage and private financial gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2.