# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

HECTOR CABRERA,

**PLEASE RECEIPT AND RETURN**

## WARRANT FOR ARREST

Magistrate Case No.

To: The United States Marshal
and any Authorized United States Officer

'06 MJ 2152

YOU ARE HEREBY COMMANDED TO ARREST: <u>HECTOR CABRERA</u>
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a[...]  2/12/08

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

The complaint charges defendant HECTOR CABRERA with bringing in illegal aliens for financial gain and aiding and abetting in violation of Title 8, United States Code, Sec. 1324(a)(2)(B)(ii) and Title 18, United States Code, Sec. 2.

**ORDERED SEALED BY COURT**

<u>Honorable Jan M. Adler</u>
Name of Issuing Officer

<u>United States Magistrate Judge</u>
Title of issuing Officer

[signature]
Signature of Issuing Officer

(By) Deputy Clerk

Bail Fixed at $ <u>To be determined</u>

<u>November 27, 2006, San Diego, California</u>
Date and Location

by <u>Jan M. Adler</u>
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |